**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| PIONEER HEALTH SYSTEMS LLC, *et. al.*[1] | Case No. 24-10279 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF ALESSANDRA GLORIOSO IN SUPPORT OF
BRIEF IN SUPPORT OF CONFIRMATION OF DEBTORS'
SECOND AMENDED SUBCHAPTER V PLAN OF REORGANIZATION**

I, Alessandra Glorioso, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a Partner at the firms of Dorsey & Whitney LLP and Dorsey & Whitney (Delaware) LLP (together, "Dorsey"). Dorsey maintains numerous offices worldwide, including at 300 Delaware Avenue, Suite 1010, Wilmington, DE 19801. I am of legal age, competent to make this affidavit, and admitted to practice law before this Court.

2. I submit this Affidavit in support of the *Brief of the Debtors in Support of Confirmation of Debtors' Second Amended Subchapter V Plan of Reorganization* filed contemporaneously herewith.

3. The documents attached as exhibits hereto are true and correct copies of documents I received from counsel for North Pointe Ventures LLC ("North Pointe") on July 18, 2024.

4. Attached hereto as **Exhibit A** is an email dated June 17, 2024 from Michael Scott, which I understand was sent to ten individuals (the "June 17 Email").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective tax identification numbers, are as follows: Pioneer Health Systems LLC (4107), DOC LLC (0729), DOCTX3 PLLC (2604), PAS Services PLLC (8928), and DOC Corporate Group LLC (0970). The address of the Debtors' corporate headquarters is 3300 Dallas Pkwy, Suite 200, Plano, TX 75093.

5.      Attached hereto as **Exhibit B** is email correspondence between Michael Scott and a recipient of the June 17 Email.

6.      Attached hereto as **Exhibit C** is correspondence between counsel for North Pointe and an individual purporting to represent creditors of the Debtors.

7.      Names and email addresses of individuals corresponding with North Pointe are redacted from Exhibits B and C.  Should the Court wish to review unredacted versions of Exhibits B and C, the Debtors can submit them for *in camera* review or file them under seal.  In such case, the Debtors would share unredacted copies of the exhibits with: (a) the Office of the United States Trustee and the Subchapter V Trustee appointed in these cases; or (b) with other parties in interest following execution of a confidentiality agreement acceptable to the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 22, 2024

*/s/ Alessandra Glorioso*
Alessandra Glorioso
Dorsey & Whitney LLP