# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| PIONEER HEALTH SYSTEMS LLC, *et. al.*[1] | Case No. 24-10279 (JKS) |
| Debtors. | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JULY 25, 2024, AT 10:00 A.M. (ET), BEFORE THE HONORABLE J. KATE STICKLES IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE [3]**

> **THE HEARING WILL BE CONDUCTED IN-PERSON. ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM.**
>
> **PARTIES WISHING TO OBSERVE OR PARTICIPATE IN ACCORDANCE WITH THE COURT'S CHAMBERS PROCEDURES MAY ATTEND REMOTELY OVER ZOOM. ANY PARTY WISHING TO APPEAR BY ZOOM MUST REGISTER BY JULY 24, 2024 AT 4:00 P.M. (ET) AT THE LINK BELOW:**
>
> **https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

**MATTERS GOING FORWARD**

1. *Subchapter V Plan of Reorganization* [Filed 5/21/2024; Docket No. 181]

    Objection Deadline: June 28, 2024 at 4:00 p.m. (ET)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective tax identification numbers, are as follows: Pioneer Health Systems LLC (4107), DOC LLC (0729), DOCTX3 PLLC (2604), PAS Services PLLC (8928), and DOC Corporate Group LLC (0970). The address of the Debtors' corporate headquarters is 3300 Dallas Pkwy, Suite 200, Plano, TX 75093.

[2] Amended items appear in bold and italics.

[3] Copies of all petitions, motions, and pleadings identified herein may be obtained free of charge through the website of the Debtors' claims and noticing agent at: https://dm.epiq11.com/case/pioneerhealth

Responses/Objections Received: Informal comments from the Office of the United States Trustee, the Subchapter V Trustee, the United States Attorney for the District of Delaware, Realtynet TIC Investments, LLC, Texas Comptroller of Public Accounts, The County of Denton, Texas, The County of Williamson, Texas, Frisco Independent School District, Plano Independent School District, City of Carrollton, Dallas County, City of Frisco, Irving Independent School District, and Tarrant County.

a) *Limited Objection And Reservation Of Rights To The Amended Subchapter V Plan Of Reorganization* [Filed 6/28/2024; Docket No. 217]

b) *Objection Of Medport Billing, LLC And MSC Holding, LLC D/B/A Syndeocare To Amended Subchapter V Plan Of Reorganization* [Filed 6/28/2024; Docket No. 218]

c) *Objection Of North Pointe Ventures, LLC To The Debtors' Amended Subchapter V Plan Of Reorganization* [Filed 6/29/2024; Docket No. 219]

d) *Collin County Tax Assessor/Collector's Objection To The Debtors' Amended Subchapter V Plan Of Reorganization (Docket No. 185)* [Filed 6/28/2024; Docket No. 220]

e) *Declaration Of Doris Pranicevic In Support Of Objection Of Medport Billing, LLC And MSC Holding, LLC D/B/A Syndeocare To Amended Subchapter V Plan Of Reorganization* [Filed 7/03/2024; Docket No. 227]

f) *Declaration Of Michael Iglinski In Support Of Objection Of Medport Billing, LLC And MSC Holding, LLC D/B/A Syndeocare To Amended Subchapter V Plan Of Reorganization* [Filed 7/03/2024; Docket No. 228]

Related Documents:

g) *Amended Subchapter V Plan of Reorganization* [Filed 5/30/2024; Docket No. 185]

h) *Notice Of Filing Of Amended Subchapter V Plan Of Reorganization* [Filed 5/30/2024; Docket No. 186]

i) *Order (I) Scheduling The Confirmation Hearing; (II) Establishing The Plan Objection And Voting Deadlines; (III) Approving The Form And Manner Of Notice Of The Confirmation Hearing And Related Documents; And (Iv) Granting Related Relief* [Filed 5/31/2024; Docket No. 188]

j) *Notice Of Hearing To Consider Confirmation Of Amended Subchapter V Plan Filed By The Debtors And Related Deadlines* [Filed 5/31/2024; Docket No. 189]

k) *Plan Supplement* [Filed 6/22/2024; Docket No. 215]

l) *Notice of Filing of Plan Supplement* [Filed 6/22/2024; Docket No. 216]

m) *Second Amended Subchapter V Plan of Reorganization* [Filed 7/05/2024; Docket No. 230]

   i) **Objection Deadline for Modifications to Second Amended Subchapter V Plan of Reorganization**: July 19, 2024 at 4:00 p.m. (ET)

   ii) **Responses/Objections Received**: None.

n) *Notice Of Filing Of Second Amended Subchapter V Plan Of Reorganization* [Filed 7/05/2024; Docket No. 231]

o) *Notice Of Continued Hearing To Consider Confirmation Of Second Amended Subchapter V Plan Filed By The Debtors And Related Deadlines* [Filed 7/05/2024; Docket No. 232]

p) *Declaration Of Emily Young, On Behalf Of Epiq Corporate Restructuring, LLC, Regarding Solicitation And Tabulation Of Ballots Cast On The Second Amended Subchapter V Plan Of Reorganization* [Filed 7/19/2024; Docket No. 253]

q) *Brief In Support Of Confirmation Of Debtors' Second Amended Subchapter V Plan Of Reorganization* [Filed 7/22/2023; Docket No. 255]

r) *Declaration Of Colin Chenault In Support Of Confirmation Of Debtors' Second Amended Subchapter V Plan Of Reorganization* [Filed 7/22/2024; Docket No. 256]

s) *Declaration Of Alessandra Glorioso In Support Of Brief In Support Of Confirmation Of Debtors' Second Amended Subchapter V Plan Of Reorganization* [Filed 7/22/2024; Docket No. 257]

t) *Notice Of Filing Of Proposed Findings Of Fact, Conclusions Of Law, And Order Confirming Second Amended Subchapter V Plan Of Reorganization* [Filed 7/22/2024; Docket No. 258]

u) *Notice Of Filing Of Amended Exhibits To Second Amended Subchapter V Plan Of Reorganization* [Filed 7/22/2024; Docket No. 259]

  v) *Amended Plan Supplement* [Filed 7/22/2024; Docket No. 260]

  w) *Notice Of Filing Of Amendment To Plan Supplement* [Filed 7/22/2024; Docket No. 261]

  **x)** ***North Pointe Ventures, LLC's Witness And Exhibit List For Hearing Set For July 25, 2024*** [Filed 7/23/2024; Docket No. 269]

  **y)** ***Medport Billing, LLC And MSC Holding, LLC d/b/a Syndeocare's Witness And Exhibit List For Hearing Scheduled July 25, 2024 At 10:00 A.M. ET*** [Filed 7/23/2024; Docket No. 270]

  **z)** ***Debtors' Witness And Exhibit List For Confirmation Hearing Set For July 25, 2024 At 10:00 A.M. (Prevailing Eastern Time)*** [Filed 7/23/2024; Docket No. 271]

  **aa)** ***David Hassinger's Witness And Exhibit List For The Hearing Set For July 25, 2024*** [Filed 7/23/2024; Docket No. 272]

 Status: This matter is going forward.

2. *Medport Billing, LLC and MSC Holding, LLC d/b/a Syndeocare's Motion To Remove Debtor As Debtor In Possession And To Appoint Subchapter V Trustee As Operating Trustee Pursuant To 11 U.S.C. § 1185(a)* [Filed 7/16/2024; Docket No. 242]

 Objection Deadline: July 23, 2024 at 12:00 p.m. (ET)

 Responses/Objections Received:

  a) *Limited Objection Of The United States Trustee To Medport Billing, LLC And MSC Holding, LLC d/b/a Syndeocare's Motion To Remove Debtor As Debtor In Possession And To Appoint Subchapter V Trustee As Operating Trustee Pursuant To 11 U.S.C. § 1185(a)* [Filed 7/19/2024; Docket No. 252]

  b) *Joinder Of North Pointe Ventures, LLC To Medport Billing, LLC And MSC Holding, LLC d/b/a Syndeocare's Motion To Remove Debtor As Debtor In Possession And To Appoint Subchapter V Trustee As Operating Trustee Pursuant To 11 U.S.C. § 1185(a)* [Filed 7/23/2024; Docket No. 268]

  **c)** ***David Hassinger's Objection To Medport Billing, LLC And MSC Holding, LLC d/b/a Syndeocare's Motion To Remove Debtor As Debtor In Possession And To Appoint Subchapter V Trustee As Operating Trustee Pursuant To 11 U.S.C. § 1185(a) And Joinder To The Debtors And U.S. Trustee's Objections To The Motion*** [Filed 7/23/2024; Docket No. 274]

      **d)**     *Debtors' Opposition To Medport Billing, LLC And MSC Holding, LLC d/b/a Syndeocare's Motion To Remove Debtor As Debtor In Possession And To Appoint Subchapter V Trustee As Operating Trustee Pursuant To 11 U.S.C. § 1185(a)* **[Filed 7/23/2024; Docket No. 278]**

      **e)**     *Declaration Of Colin Chenault In Support Of Debtors' Opposition To Medport Billing, LLC And MSC Holding, LLC d/b/a Syndeocare's Motion To Remove Debtor As Debtor In Possession And To Appoint Subchapter V Trustee As Operating Trustee Pursuant To 11 U.S.C. § 1185(a)* **[Filed 7/23/2024; Docket No. 279]**

      **f)**     *Declaration Of Alessandra Glorioso In Support Of Debtors' Opposition To Medport Billing, LLC And MSC Holding, LLC d/b/a Syndeocare's Motion To Remove Debtor As Debtor In Possession And To Appoint Subchapter V Trustee As Operating Trustee Pursuant To 11 U.S.C. § 1185(a)* **[Filed 7/23/2024; Docket No. 280]**

      **g)**     *Notice of Withdrawal* **[Filed 7/23/2024; Docket No. 281]**

Related Documents:

      **h)**     *Medport Billing, LLC and MSC Holding, LLC d/b/a Syndeocare's Motion For Order Shortening The Notice Period For Consideration Of The Motion To Remove Debtor As Debtor In Possession And To Appoint Subchapter V Trustee As Operating Trustee Pursuant To 11 U.S.C. § 1185(a)* [Filed 7/16/2024; Docket No. 243]

      **i)**     *Debtors' Opposition To Medport Billing, LLC and MSC Holding, LLC d/b/a Syndeocare's Motion For Order Shortening The Notice Period For Consideration Of The Motion To Remove Debtor As Debtor In Possession And To Appoint Subchapter V Trustee As Operating Trustee Pursuant To 11 U.S.C. § 1185(a)* [Filed 7/17/2024; Docket No. 244]

      **j)**     *Order Granting Medport Billing, LLC and MSC Holding, LLC d/b/a Syndeocare's Motion For Order Shortening The Notice Period For Consideration Of The Motion To Remove Debtor As Debtor In Possession And To Appoint Subchapter V Trustee As Operating Trustee Pursuant To 11 U.S.C. § 1185(a)* [Filed 7/18/2024; Docket No. 249]

Status: This matter is going forward.

3.    *Debtors' Application Pursuant To Section 327(e) Of The Bankruptcy Code, Rule 2014 Of The Federal Rules Of Bankruptcy Procedure, And*

*Local Rule 2014-1 For Authorization To Retain And Employ Baum Glass Jayne Carwile & Peters PLLC As Special Litigation Counsel For The Debtors And Debtors In Possession As Of The Retention Date* [Filed June 19, 2024; Docket No. 204]

Objection Deadline: July 3, 2024 at 4:00 p.m. (ET)

Responses/Objections Received: None.

Related Documents:

a) *Certification of No Objection Regarding Debtors' Application Pursuant To Section 327(e) Of The Bankruptcy Code, Rule 2014 Of The Federal Rules Of Bankruptcy Procedure, And Local Rule 2014-1 For Authorization To Retain And Employ Baum Glass Jayne Carwile & Peters PLLC As Special Litigation Counsel For The Debtors And Debtors In Possession As Of The Retention Date* [Filed July 8, 2024; Docket No. 233]

b) *Supplemental Declaration Of Jason McVicker In Support Of Debtors' Application Pursuant To Section 327(e) Of The Bankruptcy Code, Rule 2014 Of The Federal Rules Of Bankruptcy Procedure, And Local Rule 2014-1 For Authorization To Retain And Employ Baum Glass Jayne Carwile & Peters PLLC As Special Litigation Counsel For The Debtors And Debtors In Possession As Of The Retention Date* [Filed 7/22/2024; Docket No. 254]

Status: A declaration has been filed to address the Court's comments during the hearing on July 10, 2024.

| | |
|---|---|
| Dated:  July 23, 2024<br>Wilmington, Delaware | **DORSEY & WHITNEY (DELAWARE) LLP**<br><br>*/s/ Alessandra Glorioso*<br>Alessandra Glorioso (DE Bar No. 5757)<br>300 Delaware Avenue, Suite 1010<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-7171<br>Email: glorioso.alessandra@dorsey.com<br><br>-and-<br><br>**DORSEY & WHITNEY LLP**<br>Matthew J. Olson (*pro hac vice*)<br>167 Hamilton Avenue, Suite 200<br>Palo Alto, CA 94301<br>Telephone: (650) 857-1717<br>Email: olson.matt@dorsey.com<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |