IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PIONEER HEALTH SYSTEMS LLC, *et al.*,[1]<br><br>Debtors. | Case No. 24-10279 (JKS)<br><br>Chapter 11 (Subchapter V)<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION FOR (I) ALLOWANCE OF CLAIMS OF MSC HOLDING, LLC D/B/A SYNDEOCARE AND MEDPORT BILLING, LLC, (II) WITHDRAWAL OF OBJECTION TO PLAN CONFIRMATION, (III) WITHDRAWAL OF MOTION TO REMOVE DEBTORS AS DEBTORS IN POSSESSION AND TO APPOINT SUBCHAPTER V TRUSTEE AS OPERATING TRUSTEE PURSUANT TO 11 U.S.C. § 1189(a); AND (IV) TO CHANGE VOTE REJECTING THE PLAN TO ONE ACCEPTING THE PLAN**

The undersigned counsel hereby certifies as follows:

1. The debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") and MSC Holding, LLC d/b/a Syndeocare ("MSC") and Medport Billing, LLC ("Medport," and together with MSC, "Creditors") have engaged in discussions to resolve the disputes between them, including allowance of Creditors' claims, the *Objection of Medport Billing, LLC and MSC Holding, LLC d/b/a Syndeocare to Amended Subchapter V Plan of Reorganization* (the "Confirmation Objection") [Docket No. 218]; and *Medport Billing, LLC and MSC Holding, LLC d/b/a Syndeocare's Motion to Remove Debtor as Debtor in Possession and to Appoint Subchapter V Trustee as Operating Trustee Pursuant to 11 U.S.C. § 1185(a)* [Docket No. 242] (the "Removal Motion").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective tax identification numbers, are as follows: Pioneer Health Systems LLC (4107), DOC LLC (0729), DOCTX3 PLLC (2604), PAS Services PLLC (8928), and DOC Corporate Group LLC (0970). The address of the Debtors' corporate headquarters is 3300 Dallas Pkwy, Suite 200, Plano, TX 75093.

2. Those discussions have resulted in the settlement described in the stipulation attached as **Exhibit A** to the proposed order (the "Stipulation") attached hereto as **Exhibit 1** (the "Proposed Order"). As more fully described in the Stipulation, the parties have agreed to allowance of Creditors' claims, Creditors' support for a plan of reorganization that incorporates revisions to the Sale Procedures (including changing their rejection of the Plan to an acceptance pursuant to Federal Rule of Bankruptcy Procedure 3018(a)), withdrawal of the Confirmation Objection and the Removal Motion, and mutual releases.

3. The Proposed Order has been approved by the Creditors and the Subchapter V Trustee. The Proposed Order has been circulated to the Office of the United States Trustee. The Debtors have not yet received any response from the Office of the United States Trustee.

## CONCLUSION

WHEREFORE, the Debtors respectfully request entry of the Order, in substantially the form attached hereto as **Exhibit 1**, at its earliest convenience, following the hearing scheduled for July 25, 2024 at 10:00 a.m. ET.

| | |
|---|---|
| Dated: July 24, 2024<br>Wilmington, Delaware | **DORSEY & WHITNEY (DELAWARE) LLP**<br><br>/s/ Alessandra Glorioso<br>Alessandra Glorioso (DE Bar No. 5757)<br>300 Delaware Avenue, Suite 1010<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-7171<br>Email: glorioso.alessandra@dorsey.com<br><br>-and-<br><br>**DORSEY & WHITNEY LLP**<br>Matthew Olson (*pro hac vice*)<br>167 Hamilton Avenue, Suite 200<br>Palo Alto, CA 94301<br>Telephone: (650) 857-1717<br>Email: olson.matt@dorsey.com<br><br>*Counsel for the Debtors and Debtors in Possession* |