# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PIONEER HEALTH SYSTEMS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11 (Subchapter V)<br><br>Case No. 24-10279 (JKS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 185, 188, 201, 230, and 253** |

### SUPPLEMENTAL DECLARATION OF EMILY YOUNG, ON BEHALF OF EPIQ CORPORATE RESTRUCTURING, LLC, REGARDING SOLICITATION AND TABULATION OF BALLOTS CAST ON THE <u>SECOND AMENDED SUBCHAPTER V PLAN OF REORGANIZATION</u>

I, Emily Young, hereby declare as follows under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Director of Epiq Corporate Restructuring, LLC ("<u>Epiq</u>") located at 777 Third Avenue, 12th Floor, New York, New York 10017. I am over the age of 18 years and am not a party to the above-captioned action. I do not have a direct interest in the above-captioned chapter 11 cases and should be considered an impartial party.

2. I submit this supplemental declaration (the "<u>Supplemental Declaration</u>") with respect to the solicitation and tabulation of votes cast on the *Amended Subchapter V Plan of Reorganization* [Docket No. 185], as amended by the *Second Amended Subchapter V Plan of Reorganization* [Docket No. 230] (the "<u>Plan</u>").[2] Except as otherwise indicated herein, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. I am

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective tax identification numbers, are as follows: Pioneer Health Systems LLC (4107), DOC LLC (0729), DOCTX3 PLLC (2604), PAS Services PLLC (8928), and DOC Corporate Group LLC (0970). The address of the Debtors' corporate headquarters is 3300 Dallas Pkwy, Suite 200, Plano, TX 75093.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Solicitation Procedures Order (as defined herein).

4885-4515-3491\4

authorized to submit this Declaration on behalf of Epiq. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3. In accordance with the Court's comments during the July 25, 2024 hearing on Plan confirmation, this declaration is filed to supplement the previously filed *Declaration of Emily Young, on Behalf of Epiq Corporate Restructuring, LLC, Regarding Solicitation and Tabulation of Ballots Cast on the Second Amended Subchapter V Plan of Reorganization* [Docket No. 253].

4. A true and correct copy of the final tabulation of the votes in Class 4, showing (a) voting by the class as a whole (and including the change in vote by MSC Holdings LLC and Medport Billing LLC) and (b) a breakdown showing voting of the class when excluding the votes of Insiders, is attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true and correct to the best of my knowledge, information, and belief.

Dated: July 25, 2024                     /s/ *Emily Young*
                                                              Emily Young
                                                              Director
                                                              Epiq Corporate Restructuring, LLC