# EXHIBIT A

## Class 4 Tabulation Summary

| VOTING CLASS | | BALLOTS COUNTED | | | | CLASS VOTING RESULT |
|---|---|---|---|---|---|---|
| | | ACCEPT | | REJECT | | |
| | | AMOUNT | NUMBER | AMOUNT | NUMBER | |
| **Class 4** General Unsecured Claims | Overall | $11,856,866.41 (84.93%) | 18 (90.0%) | $2,104,096.38 (15.07%) | 2 (10.0%) | Accepts |
| | Non-Insiders | $1,570,908.36 (42.75%) | 7 (78.0%) | $2,104,096.38 (57.25%) | 2 (22.0%) | Rejects |