# SIGN-IN SHEET

| CASE NAME: Pioneer Health Systems LLC | COURTROOM #6 |
|---|---|
| CASE NUMBER: 24-10279 JKS | DATE: 7/25/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Alessandra Colonis | Dorsey | Debtors |
| Matt Olson | Dorsey | Debtors |
| Andrew Roth-Moore | Cole Schotz | Medport |
| Elizabeth Justison | YCST | North Pointe |
| Joseph Mulvihill | YCST | North Pointe |
| Steven Adler | Bayard | David Hassinger |
| Ericka Johnson | Bayard | David Hassinger |
| Viena Cerra | Morris James | Paul Dougherty, POB |
| David Klauder | Bielli & Klauder | S&S V Trustee |
| Linda Casey | UST | UST |
| Scott Leonhardt | Rosner Law Group | Realty net T&C Investments etc? |

| First | Middle | Last | Firm | State | Rep | Via |
|---|---|---|---|---|---|---|
|  | | | | | | |

| First | Middle | Last | Firm | State | Rep | Via |
|---|---|---|---|---|---|---|
| Brandon | K | Bains | Bains Law PLLC | TX | Denmiss LLC | Video and Audio |
| Allen | | DeBard | Langley & Banack, Incorporated | TX | Medport Billing, LLC and MSC Holding, LLC | Video and Audio |
| Scott | | Flaherty | Debtwire/press outlet | NY | | Audio Only |
| Bryan | | Ford | | CA | self | Audio Only |
| Clara | E | Geoghegan | Law360 | NY | | Audio Only |
| Laura | | Goforth | Dorsey & Whitney | MN | Debtors | Video and Audio |
| Brya | Michele | Keilson | Morris James LLP | DE | PCD Building Company, Paul C. Dougherty | Video and Audio |
| Guillermo | | Ochoa-Cronfel | The Cronfel Firm | TX | PCD Building Company, Paul C. Dougherty | Video and Audio |
| ALLEN | | PALLES | MEDPORT BILLING | NV | MSC HOLDINGS AND MEDPORT BILLING | Video and Audio |
| Michael | K | Scott | Heatherbrook Consulting | TX | North Pointe Ventures, LLC | Video and Audio |
| Vince | | Sullivan | Law360 | NY | | Audio Only |
| Courina | | Yulisa | Dorsey & Whitney LLP | NY | Debtors | Video and Audio |
| Ben | | Zigterman | Law360 | NY | | Audio Only |

Table title: Pioneer Health Systems LLC - 24-10279-JKS — 7/25/24