# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PIONEER HEALTH SYSTEMS LLC, *et. al.*[1]<br><br>Debtors. | Chapter 11 (Subchapter V)<br><br>Case No. 24-10279 (JKS)<br><br>(Jointly Administered) |

### AMENDED[2] NOTICE OF ADJOURNED HEARING ON CONFIRMATION OF DEBTORS' SECOND AMENDED SUBCHAPTER V PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that the hearing considering Plan confirmation held on July 25, 2024, has been adjourned to **August 1, 2024, at 2:00 p.m. (ET)** before The Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

> **THE HEARING WILL BE CONDUCTED IN-PERSON. ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM.**
>
> **PARTIES WISHING TO OBSERVE OR PARTICIPATE IN ACCORDANCE WITH THE COURT'S CHAMBERS PROCEDURES MAY ATTEND REMOTELY OVER ZOOM. ANY PARTY WISHING TO APPEAR BY ZOOM MUST REGISTER BY JULY 31, 2024 AT 4:00 P.M. (ET) AT THE LINK BELOW:**
>
> https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective tax identification numbers, are as follows: Pioneer Health Systems LLC (4107), DOC LLC (0729), DOCTX3 PLLC (2604), PAS Services PLLC (8928), and DOC Corporate Group LLC (0970). The address of the Debtors' corporate headquarters is 3300 Dallas Pkwy, Suite 200, Plano, TX 75093.

[2] The hearing scheduled for July 29, 2024 at 11:00 a.m. (ET) has been cancelled.

| | |
|---|---|
| Dated: July 26, 2024<br>Wilmington, Delaware | **DORSEY & WHITNEY (DELAWARE) LLP**<br><br>*/s/ Alessandra Glorioso*<br>Alessandra Glorioso (DE Bar No. 5757)<br>300 Delaware Avenue, Suite 1010<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-7171<br>Email: glorioso.alessandra@dorsey.com<br><br>-and-<br><br>**DORSEY & WHITNEY LLP**<br>Matthew J. Olson (*pro hac vice*)<br>167 Hamilton Avenue, Suite 200<br>Palo Alto, CA 94301<br>Telephone: (650) 857-1717<br>Email: olson.matt@dorsey.com<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |