IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PIONEER HEALTH SYSTEMS LLC, et al., *et al.*,[1]<br><br>Debtors. | Case No. 24-10279 (JKS)<br><br>Chapter 11 (Subchapter V)<br><br>(Jointly Administered)<br><br>**Related Docket No. 213** |

**ORDER SUSTAINING SUBSTANTIVE OBJECTION OF THE DEBTORS
TO CLAIMS NOS. 10020, 10021, AND 10022 OF KYLE CALLAHAN**

Upon the *Substantive Objection of the Debtors to Claims Nos. 10020, 10021, and 10022 of Kyle Callahan* (the "<u>Objection</u>");[2] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b) and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and this Objection in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that sufficient notice of the Objection has been given; and it appearing that the relief requested in the Objection is necessary and appropriate and in the best interests of the Debtors' estates and their creditors; and good and sufficient cause appearing therefore;

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective tax identification numbers, are as follows: Pioneer Health Systems LLC (4107), DOC LLC (0729), DOCTX3 PLLC (2604), PAS Services PLLC (8928), and DOC Corporate Group LLC (0970). The address of the Debtors' corporate headquarters is 3300 Dallas Pkwy, Suite 200, Plano, TX 75093.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Objection.

-2-

**IT IS HEREBY FOUND THAT:**

A. Any person or entity known to have an interest in the Disputed Claims subject to the Objection has been afforded reasonable opportunity to respond or to be heard regarding the relief requested in the Objection;

B. The Disputed Claims listed on **Schedule 1** are based on amounts alleged to be owed by Debtors on the basis of unpaid wages or bonus that are not owed by the Debtors;

C. The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is hereby,

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Objection is **SUSTAINED** and the relief requested in the Objection is granted as set forth herein.

2. Each of the Disputed Claims identified on **Schedule 1** is hereby disallowed.

3. This Order shall be deemed a separate Order with respect to each of the Disputed Claims identified on **Schedule 1**. Any stay of this Order pending appeal by any of the claimants whose Disputed Claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

4. The Debtors and Epiq Corporate Restructuring, LLC are authorized to take all actions necessary and appropriate to give effect to this Order.

5. Nothing in this Order modifies rights of the Debtors to: (a) commence avoidance actions under the applicable sections of the Bankruptcy Code against the claimants subject to the Objection; (b) enforce rights of setoff against the claimants relating to such avoidance action or otherwise; (c) seek disallowance of claims of the claimants that are subject to such avoidance

actions pursuant to section 502(d) of the Bankruptcy Code; or (d) dispute or otherwise object to any claim on any grounds or basis.

6.    The terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

7.    The Court retains jurisdiction over any and all issues arising from or related to the implementation or interpretation of this Order.

**Dated: July 30th, 2024**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**