# SIGN-IN SHEET

| CASE NAME: Pioneer Health Systems LLC | COURTROOM #6 |
|---|---|
| CASE NUMBER: 24-10279 JKS | DATE: 8/12/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Morgan Patterson | Womble Bond Dickinson | TFGH Ventures LLC |
| Stacy Newman | Cole Schotz | Medport & MSC |
| Eric Lopez Schnabel | Dorsey | Debtors |
| Matt Olsen | " | " |
| David Klauder | Bielli & Klauder | Sub V Trustee |
| Steven Adler | Bayard | David Hassinger |
| Ericka Johnson | " | " |
| Elizabeth Justison | YCST | North Pointe |

# 08/13/2024 Appearances

## 10:00 AM

**☐ 24-10279-JKS Pioneer Health Systems LLC**

| Party | Firm | Representing |
|---|---|---|
| ☐ Brandon K Bains | Bains Law PLLC | Denmiss LLC |
| ☐ Linda J. Casey | Office of United States Trustee | U.S. Trustee |
| ☐ Siena Cerra | Morris James LLP | PCD Building Company, Paul C. Dougherty |
| ☐ Colin Chenault | Debtors | Debtors |
| ☐ Weiru Fang | | |
| ☐ Trent Fisher | Womble Bond | TFGH |
| ☐ Scott Flaherty | Debtwire/press outlet | |
| ☐ Bryan Ford | | self |
| ☐ Cindy Giobbe | Womble Bond | TFGH |
| ☐ Laura Goforth | Dorsey & Whitney LLP | Debtors |
| ☐ Taylor Harrison | | |
| ☐ Greg Hough | Zthernet | TFGH |
| ☐ Brya Michele Keilson | Morris James LLP | PCD Building Company, Paul C. Dougherty |
| ☐ Guillermo Ochoa-Cronfel | The Cronfel Firm | PCD Building Company, Paul C. Dougherty |
| ☐ Julie Anne Parsons | McCreary, Veselka, Bragg, & Allen, P.C. | Denton County and Williamson County |
| ☐ Vince Sullivan | Law360 | |
| ☐ Lisa Bittle Tancredi | Womble Bond Dickinson (US) LLP | TFGH |
| ☐ Courina Yulisa | | Debtors |
| ☐ Ben Zigterman | Law360 | |